**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **RITESH MEHRA,**<br>      Plaintiff,<br><br>vs.<br><br>**CREDIT PROTECTION ASSOCIATION, LP;** and **DOES 1 through 10, inclusive,**<br>      Defendants. | **Case No.13-cv-00498-RAS** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 41a(1), Plaintiff, RITESH MEHRA, by and though his attorney, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED: January 15, 2014          RESPECTFULLY SUBMITTED,

By: /s/ Kimberly A. Lucas
Kimberly A. Lucas, Esq.
State Bar No. 14991480
KYLE & MATHIS, L.L.P.
8226 Douglas, Ste. 450
Dallas, TX 75225
klucas@kylemathis.com
214-706-7607
214-706-7622

*ATTORNEYS FOR PLAINTIFF
RITESH MEHRA*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, CREDIT PROTECTION ASSOCIATION, LP, at the address stated below, and deposited said envelope in the United States mail.

CREDIT PROTECTION ASSOCIATION, LP
c/o Avanti Bakane, Esq.
Hinshaw & Culbertson LLP
222 N LaSalle Street, Suite 300
Chicago, IL 60601

                                              By: /s/ Kimberly A. Lucas
                                              Kimberly A. Lucas, Esq.